

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00164-CV

**UNITED STRUCTURAL CONSULTANTS, INC.,**
Appellant

v.

**QUINCY RESIDENTIAL, LLC,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI24077
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we GRANT appellant's motion to dismiss this appeal and DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellant.

SIGNED April 16, 2025.

_____
Rebeca C. Martinez, Chief Justice